# In the United States Court of Federal Claims

**No. 05-367 L (into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L, 05-1173 L, and 05-1175 L**

**GERALD E. ROTH, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed September 27, 2006, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaints in the consolidated cases are dismissed. No costs.

Brian Bishop
Clerk of Court

**September 28, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

<ins>NOTE</ins>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <ins>all plaintiffs</ins>. Filing fee is $455.00.